LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TENLEY HARDIN,** individually and on behalf of all others similarly situated**,** <br><br> Plaintiff(s) <br><br> vs. <br><br> **DIRECT MERCHANTS FUNDING LLC; JACK JANNETT;** DOES 1-10 inclusive**,** <br><br> Defendant. | Case No. 2:16-cv-04487-JAK-AS <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 12th day of September, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 12th day of September, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Kronstadt
United States District Court
Central District of California

And sent via mail to:

Christopher P. Meier, Esq.
Greenspoon Marder, PA
100 West Cypress Creek Road Suite 700
Ft. Lauderdale, FL 33309

This 12th day of September, 2016.

s/Todd M. Friedman
Todd M. Friedman